UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| BONIFACIO RODRIGUEZ | § | |
| | § | |
| vs. | § | NO:  MO:17-CV-00090-RAJ |
| | § | |
| LORIE DAVIS | § | |

## FINAL JUDGMENT

On this day, the Court entered an Order Dismissing Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. §2254 as time-barred.  The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody filed pursuant to 28 U.S.C. §2254 is **DENIED**.

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with the Parties to bear their own costs.

**IT IS FINALLY ORDERED** that all other pending motions, if any, are **DENIED AS MOOT** and a **CERTIFICATE OF APPEALABILITY WILL NOT ISSUE** in this case.

SIGNED this 2nd day of October, 2017.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE